**MEMORANDUM DECISION AND ORDER** The debtor filed a Schedule C. in which he claimed as fully exempt the following property: "Contingent and Non-Contingent Interests in the Estate of a Decedent: Personal Injury Case/Work Comp" pursuant to DC Code Ann. Section 32-1517. The trustee has objected to the debtor's claimed exemption as "inapplicable." The debtor has failed to file a response contending that, as a factual matter, the claim comes within section 32-1517 as a claim against an employer for worker's compensation as opposed to a claim against a third party for personal injury damages. The objection to claim will thus be sustained. To the extent that the trustee is alternatively contending that the claimed exemption is inapplicable on some other ground, that issue is not reached by this decision. The order below is signed. Dated: October 14, 2008.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
WAYNE E. HUDGENS                                          : Chapter 13 Case No. 08-00536
    Debtor

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION**

Upon consideration of the Trustee's unopposed Objection to the debtor's claimed exemption of 100% of personal injury case/work comp pursuant to D.C. Code Ann. §32-1517, and the court record herein, it is,

ORDERED, that the Trustee's Objection to claimed exemption be and the same is hereby sustained and debtor's said claimed exemption is hereby disallowed.

Wayne E. Hudgens
4100 18th Place, NE
Washington, DC  20018

Lawrence F. Regan, Jr.
17 W Jefferson Street
Rockville, MD  20850-4214

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC  20016-4623